UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                  CASE NO. 6:07-CR-211-ORL-22-DAB

LUIS M. CANDELARIO, et al.,

        Defendants.
_____/

## DEFENDANT CANDELARIO'S SECOND PROPOSED SUPPLEMENTAL JURY INSTRUCTION ON THEORY OF DEFENSE AS TO CHARGE THAT HE CONSPIRED TO COMMIT WIRE FRAUD

Defendant, **LUIS M. CANDELARIO**, by and through his undersigned counsel, files this Second Proposed Supplemental Jury Instruction on theory of defense as to the charge that he conspired to commit wire fraud, and requests the same be given to the jury.

DEFENDANT CANDELARIO'S SECOND REQUESTED
PROPOSED INSTRUCTION ON THEORY OF DEFENSE AS TO
CHARGE THAT HE CONSPIRED TO COMMIT WIRE FRAUD

In order for either Mr. Candelario or Mr. Vander Luitgaren to have
committed the charged conspiracy as it relates to wire fraud, the
government's evidence must convince you, beyond a reasonable doubt, that
he knowingly joined with others in an agreement by which he intended to
cause an interstate wire communication to be transmitted with the specific
intent to deceive or cheat Raytheon JPS Communications, AK Specialty
Vehicles, Fisher Scientific, and AVS of their money and property.

You are instructed that the sending of a wire communication, such as an
e-mail or a wire transfer, only constitutes the offense of wire fraud when and
if the e-mail or wire transfer is sent to further a scheme to defraud.  Mr.
Candelario, who denies participating in any scheme to defraud or cheat the
just-mentioned companies, has asserted that his lack of candor in certain e-
mail transmissions regarding his receipt of a commission was instead
motivated by the intent to protect himself from Raytheon JPS
Communications stealing or confiscating the earned sales commission or
taking some other retaliatory action against him.

If the government's evidence regarding Defendant Candelario or
Defendant Vander Luitgaren's sending of e-mails or wire transfers fails to

establish that those wire communications were made with the intent to

further a scheme to defraud, the government has legally failed to prove that

Defendant's participation in the alleged conspiracy to commit wire fraud.  In

that event, it would be your duty to return a verdict of not guilty for that

Defendant.

RESPECTFULLY SUBMITTED,

    Dated this 5th day of September, 2008.

                                        **s/CHANDLER R. MULLER, ESQ.**
                                        _____
                                        CHANDLER R. MULLER, of
                                        LAW OFFICES OF
                                        MULLER & SOMMERVILLE, P.A.
                                        1150 Louisiana Ave., Suite 2
                                        P.O. Box 2128
                                        Winter Park, FL  32790-2128
                                        Telephone:  (407) 647-8200
                                        Facsimile:  (407) 645-3000
                                        Florida Bar No. 112381
                                        E-mail:  cmuller@cmullerlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 5th day of September, 2008, I

electronically filed the foregoing document with the Clerk of Court by using

the CM/ECF system which will send a notice of electronic filing to the

following:

James J. Kurosad, Assistant Chief United States Attorney

James M. Russ, Esq.
Counsel for Defendant Thomas E. Vander Luitgaren

**s/CHANDLER R. MULLER, ESQ**.
_____
CHANDLER R. MULLER, of
LAW OFFICES OF
MULLER & SOMMERVILLE, P.A.
1150 Louisiana Ave., Suite 2
Post Office Box 2128
Winter Park, FL  32790-2128
Telephone No. (407) 647-8200
Facsimile:  (407) 645-3000
Florida Bar No. 112381
E-mail:  cmuller@cmullerlaw.com
